UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KYLE BEALS, | ) |
|         Petitioner, | ) |
| v. | ) No. 1:06-cv-1537-DFH-TAB |
| AL C. PARKE, Superintendent, | ) |
|         Respondent. | ) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

 

*David F Hamilton*

DAVID F. HAMILTON, Judge
United States District Court

Date: 1/18/2007

Laura Briggs, Clerk
United States District Court

*Linda S Carmichael*

By: Deputy Clerk

Distribution:

Kyles Beals
DOC #881294
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135-9275

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770